| INN - PROB 22<br>Rev. 05/04 | | DOCKET NUMBER *(Tran. Court)*<br>0755 2:06CR00225 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Angela Ann Kelly | Northern District Of Indiana | Hammond |

**RECEIVED**

**SEP 2 8 2007**

U.S. PROBATION OFFICE
CHICAGO, ILLINOIS MAGISTRATE JUDGE
GERALDINE SOAT BROWN

NAME OF SENTENCING JUDGE

HonorableAndrew Rodovich

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 04/30/2007 | 04/29/2009 |

OFFENSE

FRAUD BY WIRE, RADIO, OR TELEVISION

07CR 701

JUDGE ZAGEL

**FILED**

JUN 10-23-07
OCT 2 3 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the     Northern District of Illinois     upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/19/07
_____
*Date*

_____
*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ NORTHERN _____ DISTRICT OF _____ ILLINOIS _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 2 3 2007
_____
*Effective Date*

_____
*United States District Judge*