| INN - PROB 22 Rev. 05/04 | **FILED** | DOCKET NUMBER (Tran. Court) 2:07CR52 0755 2:06CR00225 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Northern District Of Indiana | DIVISION Hammond |
|---|---|---|
| Angela Ann Kelly | NAME OF SENTENCING JUDGE Honorable Andrew Rodovich | |

2007 NOV -5 PM 5:21

RECEIVED FOR

UNITED STATES DISTRICT COURT 2007
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
By: [signature]
DEPUTY CLERK
Date: 11/8/07

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/30/2007 | TO 04/29/2009 |
|---|---|---|

OFFENSE
FRAUD BY WIRE, RADIO OR TELEVISION

U.S. MAGISTRATE JUDGE
GERALDINE SOAT BROWN

07CR 701
JUDGE ZAGEL

FILED
JN NOV 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the     Northern District of Illinois     upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/19/07
Date

/s/ Andrew P. Rodovich
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    NORTHERN    DISTRICT OF    ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
BY [signature]
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
OCT 23 2007

Effective Date     OCT 31 2007
DATE:

**FILED**
NOV 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

/s/ OTHER COURT JUDGE
United States District Judge

CONMAG, TERMED

# U.S. District Court Northern District of Indiana [LIVE]
# USDC Northern Indiana (Hammond)
# CRIMINAL DOCKET FOR CASE #: 2:07-cr-00052-APR All Defendants
# Internal Use Only

Case title: United States of America v. Kelly

Date Filed: 04/05/2007
Date Terminated: 05/18/2007

Assigned to: Magistrate Judge
Andrew P Rodovich

**Defendant**

**Angela Kelly** (1)
*TERMINATED: 05/18/2007*

represented by **Matthew D Soliday**
205 E Jefferson St
Valparaiso, IN 46383
219-462-8238
Fax: n/a
Email: msoliday@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By: [signature]
DEPUTY CLERK
Date: 11/6/07

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

**Disposition**

| | |
|---|---|
| 18:2113B.M BANK THEFT<br>(1) | Court sentences Dft to probation for a period of 2 years. Restitution in the amount of $2,911.99 to USDC in equal monthly installments for 24 months. Special Assessment in the amount of $25.00 due immediately. No fine imposed. |

**Highest Offense Level (Terminated)**

Misdemeanor

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **Dean R Lanter - AUSA**<br>US Attorney's Office - Ham/IN<br>5400 Federal Plaza Suite 1500<br>Hammond, IN 46320<br>219-937-5500<br>Fax: 219-852-2700<br>Email: dean.lanter@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2007 | 1 | INFORMATION as to Angela Kelly (1) count(s) 1. (plm) (Entered: 04/05/2007) |
| 04/05/2007 | 2 | Summons Issued in case as to Angela Kelly. Initial Appearance/Change of Plea set for 4/6/2007 09:00 AM in Hammond before Magistrate Judge Andrew P |

| | | |
|---|---|---|
| | | Rodovich. (plm) Additional attachment(s) added on 4/5/2007 (Miller, Pat). (Entered: 04/05/2007) |
| 04/05/2007 | 3 | PLEA AGREEMENT as to Angela Kelly (plm) (Entered: 04/05/2007) |
| 04/05/2007 | | Judge update in case as to Angela Kelly. Judge Andrew P Rodovich added as presider to correct prior assignments; previous assignment cards for Judge Lozano as presider and Judge Rodovich as ref were voided. (klb) (Entered: 04/12/2007) |
| 04/06/2007 | | Judge update in case as to Angela Kelly. Judge Andrew P Rodovich added. Judge Rudy Lozano no longer assigned to case. (plm) (Entered: 04/06/2007) |
| 04/06/2007 | 4 | INITIAL APPEARANCE/CHANGE OF PLEA HEARING as to Angela Kelly held on 4/6/2007 before Judge Andrew P Rodovich. Plea entered by Angela Kelly (1) Count 1 Angela Kelly (1) Guilty as to Count 1. Govt appeared by AUSA Dean Lanter. Dft appeared with atty Matthew Soliday. Melinda Page and Jerry Navarra appeared on behalf of U S Probation/Pretrial Services. Dft waives formal reading; advised charges, penalties. Dft sworn. Dft consents to US Magistrate Judge-written consent executed; Court makes finding of factual basis to support Information. Dft pleads guilty. Court accepts guilty plea and has reviewed PSI Report by PTS. Parties agree to continue sentencing for later date. Bond previously set in 2:06-cr-225 will remain in effect. Sentencing set for 4/18/2007 08:30 AM in Hammond before Magistrate Judge Andrew P Rodovich. Dft RELEASED. (Digitally Recorded.) (plm) (Entered: 04/06/2007) |
| 04/06/2007 | 5 | CONSENT TO PROCEED BEFORE US MAGISTRATE JUDGE IN A MISDEMEANOR CASE by Angela Kelly (plm) (Entered: 04/06/2007) |
| 04/06/2007 | 6 | Summons Returned Executed on 4/6/07 as to Angela Kelly (kjp) (Entered: 04/09/2007) |

| | | |
|---|---|---|
| 04/17/2007 | 7 | MOTION to Continue Sentencing by Angela Kelly. (Soliday, Matthew) Modified on 4/17/2007 to reflect this is not an amended motion. This motion was filed in 2:06-cr-225 by mistake (Miller, Pat). (Entered: 04/17/2007) |
| 04/17/2007 | 8 | ORDER granting 7 Motion to Continue as to Angela Kelly (1).Sentencing reset for 4/30/2007 02:00 PM in Hammond before Magistrate Judge Andrew P Rodovich. Signed by Judge Andrew P Rodovich on 4/17/07. (kjp) (Entered: 04/17/2007) |
| 04/26/2007 | 9 | NOTICE OF MANUAL FILING of a SEALED DOCUMENT by United States of America as to Angela Kelly (Lanter - AUSA, Dean) (Entered: 04/26/2007) |
| 04/26/2007 | 10 | MOTION to Seal Document by United States of America as to Angela Kelly. (kjp) (Entered: 04/27/2007) |
| 04/26/2007 | 11 | SEALED MOTION by United States of America as to Angela Kelly. (kjp) (Entered: 04/27/2007) |
| 04/27/2007 | 12 | ORDER granting [10] Motion to Seal Document as to Angela Kelly (1). Signed by Judge Andrew P Rodovich on 4/27/07. (kjp) (Entered: 04/30/2007) |
| 04/30/2007 | 13 | SENTENCING held on 4/30/2007 for Angela Kelly on Count 1 before Judge Andrew P Rodovich. Court has reviewed the Amended PSR and Sealed Mtn filed by Govt. No objections to PSR by either party. Dft testifies on own behalf. Court sentences Dft to probation for a period of 2 years. Restitution in the amount of $2,911.99 to USDC in equal monthly installments for 24 months. Special Assessment in the amount of $25.00 due immediately. No fine imposed. Standard 15 conditions adopted by this court shall apply. Periodic drug testing mandated by VCCLEA is suspended. Dft shall provide probation officer with access to any requested financial information. Dft shall |

| | | |
|---|---|---|
| | | not incur new credit charges or open additional lines of credit w/o approval of probation officer unless Dft is in compliance with installment payment schedule. SEALED MOTION [11] filed by United States of America is GRANTED. Govt appeared by AUSA Dean Lanter. Dft appeared with atty Matthew Soliday. Melinda Page and Jerry Navarra appeared on behalf of U S Probation/Pretrial Services. (Digitally Recorded.) (plm) (Entered: 05/08/2007) |
| 05/17/2007 | 14 | REMARK as to Angela Kelly: Presentence Investigation Report DESTROYED on this date. (plm) (Entered: 05/17/2007) |
| 05/18/2007 | 15 | JUDGMENT as to Angela Kelly (1), Count(s) 1. Signed by Judge Andrew P Rodovich on 5/17/07. (plm) (Entered: 05/18/2007) |
| 09/19/2007 | 16 | ORDER TO TRANSFER JURISDICTION as to Angela Kelly to Northern District of Illinois. Signed by Judge Andrew P Rodovich on 9/19/2007 awaiting signature of accepting court. (original to USPO) (rmn) (Entered: 09/24/2007) |
| 11/05/2007 | 17 | Probation Jurisdiction Transferred to the Northern District of Illinois as to Angela Kelly. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (kjp) (Entered: 11/06/2007) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

FILED
2007 APR -5 PM 2:09
STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | CAUSE NO: 2:07CR 52 RL |
| ANGELA KELLY | ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about August 25, 2004, in the Northern District of Indiana, and elsewhere,

**ANGELA KELLY,**

defendant herein, did knowingly take and carry away, with intent to steal and purloin, property belonging to and in the care, custody, control, management and possession of US Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(b).

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By: /s/ Dean R. Lanter
Dean R. Lanter
Assistant United States Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By:
DEPUTY CLERK
Date: 11/5/07

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

**NORTHERN** District of **INDIANA**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| ANGELA KELLY | Case Number: 2:07-cr-52 |
| | USM Number: 09136-027 |
| | Matthew Soliday |
| | Defendant's Attorney |

**THE DEFENDANT:**

x  pleaded guilty to count(s)    INFORMATION, COUNT 1

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:2113(b) | Bank Fraud | 8/25/2004 | 1 |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is  ☐ are  dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

4/30/2007
Date of Imposition of Judgment

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By: _____
DEPUTY CLERK
Date: 11/5/07

S/ANDREW P. RODOVICH
Signature of Judge

Andrew P. Rodovich, United States Magistrate Judge
Name and Title of Judge

5/17/2007
Date

AO 245B   (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page  2  of  6

| DEFENDANT: | ANGELA KELLY |
| --- | --- |
| CASE NUMBER: | 2:07-cr-52 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

NO PRISON TIME IMPOSED

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____  ☐ a.m.  ☐ p.m.  on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B  (Rev. 06/05) Judgment in a Criminal Case
Sheet 4—Probation

Judgment—Page __3__ of __6__

**DEFENDANT:** ANGELA KELLY
**CASE NUMBER:** 2:07-cr-52

## PROBATION

The defendant is hereby sentenced to probation for a term of:   TWO YEARS

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

- [X] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- [X] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- [ ] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer.
2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five (5) days of each month.
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4. The defendant shall support the defendant's dependents and meet other family responsibilities.
5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.
6. The defendant shall notify the probation officer at least ten (10) days prior to any change of residence or employment.
7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substances, except as prescribed by a physician.
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other places specified by the court.
9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.
10. The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14. The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.
15. The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 4A — Probation

Judgment—Page __4__ of __6__

DEFENDANT: ANGELA KELLY
CASE NUMBER: 2:07-cr-52

## ADDITIONAL PROBATION TERMS

The periodic drug testing mandated by the Violent Crime Control and Law Enforcement Act of 1994 is hereby suspended. The Court finds that this offense is not drug related, and this defendant has no current or past history of substance abuse.

The defendant shall provide the probation officer with access to any requested financial information.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __6__

**DEFENDANT:** ANGELA KELLY
**CASE NUMBER:** 2:07-cr-52

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 25.00 | $ -0- | $ 2,911.99 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) payable to Clerk, U.S. District Court, (street address), (city, state, zip) for the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $ | $ |  |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   x   the interest requirement is waived for the   ☐ fine   x   restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __6__ of __6__

DEFENDANT:       ANGELA KELLY
CASE NUMBER:     2:07-cr-52

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  **X**  Lump sum payment of $ __25.00__ due immediately, balance due

    ☐ not later than _____, or
    X in accordance      x C,   ☐ D,   ☐ E, or   ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**  **X**  Payment in equal __monthly__ (e.g., weekly, monthly, quarterly) installments of $ __*121.33__ over a period of __2 years__ (e.g., months or years), to commence __30__ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  **X**  Special instructions regarding the payment of criminal monetary penalties:

Recommended minimum monthly payment is $100.00 per month payable to Clerk, US District Court, 5400 Federal Plaza, Hammond, Indiana, for disbursement to US Bank

*One payment of $121.40

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.